**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Court File No.: 00-CV-689 (JRT/RLE)

Vickey Jean Johnson,

Plaintiff,

vs.

**STIPULATION TO EXTEND**

WAL-MART STORES, INC. and
Edward Prayfrock,

Defendants.

**THE PARTIES**, by and through their attorneys, hereby stipulate and agree that Defendant Wal-Mart Stores, Inc. may have until May 3, 2000 to plead or otherwise respond in the above-captioned matter.

Dated: 4-17-00

**LORI PETERSON & ASSOCIATES**

By: ______________________
Lori Peterson (#212490)
Tracy N. Tool (#213524)
700 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 321-0606

**ATTORNEYS FOR PLAINTIFF VICKEY JEAN JOHNSON**

1158472.1

FILED 4/20/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: 4/14/00

**BRIGGS AND MORGAN, P.A.**

By: [signature]

Gregory J. Stenmoe (#131155)
Jason M. Hedican (#271548)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR DEFENDANT WAL-MART STORES, INC.**

**SO ORDERED:**

Dated: April 19, 2000

[signature]
Raymond L. Erickson
U.S. Magistrate Judge