**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

VICKEY JEAN JOHNSON, Civil No. 00-689 (JRT/rle)

Plaintiff,

v. **ORDER OF DISMISSAL**

WAL-MART STORES, INC.,

Defendant.

---

Lori Peterson, LORI PETERSON & ASSOCIATES, 10 South Fifth Street, Suite 700, Minneapolis, MN 55402, for plaintiff.

Jason M. Hedican, BRIGGS & MORGAN, 80 South Eight Street, Ste 2400, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has been settled, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** per the stipulation filed by the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: Sept. 12, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

SEP 1 2 2001
FILED
RICHARD D. SLETTEN
JUDGMENT ENTD.
DEPUTY CLERK